COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                              SUPERIOR COURT
                                                           DEPT. OF THE
                                                           TRIAL COURT

                                                           NO. 04-00775 A

                                                           CA 04.30113- MAP

-----------------------------------------------------------------x

SHANKAR L. GARG and TONY B. BAHNAN,

    Plaintiffs

v.

JOHN WILSON and ARA ERESIAN, JR.,

    Defendants

-----------------------------------------------------------------X


## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. secs. 1441 and 1446, named
Defendants John Wilson and Ara Eresian, Jr., (hereinafter collectively "Defendants"),
hereby remove the above captioned action from the Superior Court Department of the
Trial Court, Worcester Division, County of Worcester, Commonwealth of
Massachusetts, to the United States District Court for the District of Massachusetts –
Western Division.

As grounds for this removal, the Defendants state the following:

1.  The Plaintiff, Shankar L. Garg, (hereinafter "Garg"), is a natural person residing at 10 Coachman Ridge Raod, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

2.  The Plaintiff, Tony B. Bahnan, (hereinafter "Bahnan"), is a natural person residing at 35 Berlin Street, Auburn, County of Worcester, Commonwealth of Massachusetts.

3.  The Defendant, John Wilson, is a natural person residing at 196 West River Street, Orange, County of Franklin, Commonwealth of Massachusetts.

4.  The Defendant, Ara Eresian, Jr., is a natural person residing at 25 Westwood Road, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

5.  Pursuant to the provisions of 28 U.S.C. sec. 1441(c), the Defendants expect to bring a separate and independent claim or cause of action which (i) would be removable if sued upon alone, (ii) will be joined with the within action, and (iii) when so joined, the controversy shall exceed $ 75,000.00, exclusive of interest and costs.

For the foregoing reasons, Defendants John Wilson and Ara Eresian, Jr. respectfully remove the within action to this Court from the Superior Court Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts.

JOHN WILSON,

by his Attorney,

Adrian A. Gaucher, Jr., Esquire
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA 01550-1808
Tel: (508)-764-3259
BBO # 187040

Date: June 15, 2004

ARA ERESIAN, JR.,

Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA 01545
Tel: (508)-426-5374

Date: June 15, 2004

3

CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the 15th. day of June, 2004, I served a

copy of the within 'Notice of Removal', via first class mail, postage prepaid, upon the

following counsel of record for the named plaintiffs:

John W. Spillane, Esquire
Spillane & Spillane, LLP
23 Institute Road
Worcester, MA  01609

Ara Eresian, Jr.