UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

SHANKAR L. GARG AND )
TONY B. BAHNAN )
                            )
       PLAINTIFFS )
                            )  Civil Action No. 04-CV-30113-MAP
VS.                         )
                            )
JOHN WILSON AND )
ARA ERESIAN, JR. )
                            )
       DEFENDANTS )

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs, Shankar L. Garg ("Garg") and Tony B. Bahnan ("Bahnan") respectfully request this Honorable Court to remand this case (Worcester Superior Court - Civil Action No. 04-00775A the "State Case") back to the Worcester Superior court and to impose appropriate sanctions upon Attorney Adrien A. Gaucher, Jr., and Ara Eresian, Jr., pro se for filing a frivolous and vexatious notice of removal and to enter an order forbidding the subsequent removal of this action from state court by any party

In support of such Motion, the Plaintiffs file their Memorandum herewith.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court to (i) remand this case back to the Worcester Superior Court and (ii) sanction Attorney Adrian A. Gaucher, Jr., and Defendant, Era Eresian, Jr., pro se, pursuant to Rule 11 and/or 28 U.S.C.

§1927, in an amount determined reasonable by the Court, (iii) enter an order forbidding the subsequent removal of this action from state court by any party and (iv) grant the Plaintiffs' such other and further relief as the Court deems just.

```
                              SHANKAR L. GARG AND TONY B. BAHNAN

                         By: /s/ John W. Spillane
                              John W. Spillane, Their Attorney
                              Spillane & Spillane, LLP
                              23 Institute Road
                              Worcester, MA 01609
                              BBO #475420
```

Dated: August 11, 2004

CERTIFICATE OF SERVICE

I, John W. Spillane, Attorney for the Plaintiffs, hereby certify that I have this day, served a copy of the foregoing pleading upon the Defendants, by mailing a copy of the same, postage prepaid to Ara Eresian, Jr., pro se of P.O. Box 499, Shrewsbury, MA 01545 and Adrian A. Gaucher, Jr., Esquire, Gaucher & Gaucher, 60 Hamilton Street, Southbridge, MA 01550-1808

/s/ John W. Spillane
John W. Spillane, Esquire

Dated: August 11, 2004