UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

From: Maurice Lindsay / Clerk's Office
**UNITED STATE DISTRICT COURT**
Federal Building & Courthouse
Springfield, MA 01103

RE: CASE 04-CV30113-MAP

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br><br>C. Signature<br>X                                    ☐ Agent<br>                                         ☐ Addressee |
| 1. Article Addressed to:<br><br>Attn: **Clerk's Office**<br>**Worcester Superior Court**<br>2 Main Street, Room 21<br>Worcester, MA 01608 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail      ☐ Express Mail<br>  ☐ Registered          ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail        ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)          ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7000 2870 0000 2653 1407 |

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424