UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CASE NO. 04-CV-30113

------------------------------------------------------------------X

SHANKAR L. GARG and TONY B. BAHNAN,

    Plaintiffs

v.

JOHN WILSON and ARA ERESIAN, JR.,

    Defendants

------------------------------------------------------------------X

FILING FEE PAID:
RECEIPT # 305741
AMOUNT $ 255.00
BY DPTY CLK MCL
DATE 9/27/04

## JOINT NOTICE OF APPEAL

Pursuant to the provisions of R. 3 and 4 Fed. R. App. P., the undersigned hereby appeals to the First Circuit Court of Appeals from the following Orders of the Court, Michael A. Ponsor, J., entered September 15, 2004 in the within referenced civil matter[1]:

---

[1] The taking of the within appeal is in no way to be construed as either a waiver or violation of the existence of the automatic stay provisions of 11 USC sec. 362, *et seq.* in effect at the time of this filing. The undersigned Appellants are mereby procedurally protecting their appellate rights pending further Order of the United States Bankruptcy Court for the District of New Hampshire in the [bankruptcy] matter styled *In re: Lawrence N. Petricca, Sr.*; Case No. 04-12987-MWV.

- Granting Motion to Remand the within matter to the Worcester Superior Court; (insofar as the District Court lacked the statutory authority to issue such an Order due to the existence of the automatic stay provisions of 11 USC sec. 362, *et seq.* in the [bankruptcy] matter styled *In re: Lawrence N. Petricca, Sr.*; Case No. 04-12987-MWV).

- Denying Letter Construed as Motion to Stay the within Proceeding; (insofar as the District Court lacked the statutory authority to issue such an Order due to the existence of the automatic stay provisions of 11 USC sec. 362, *et seq.* in the [bankruptcy] matter styled *In re: Lawrence N. Petricca, Sr.*; Case No. 04-12987-MWV).

JOHN WILSON,

by his Attorney,

/s/ Adrian A. Gaucher, Jr.
Adrian A. Gaucher, Jr., Esquire
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA  01550-1808
Tel: (508)-764-3259
BBO # 80545

Date:  September 25, 2004

ARA ERESIAN, JR.,

Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA  01545
Tel: (508)-426-5374

Date:  September 25, 2004

## CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the 25th. day of September, 2004, I served a copy of the within 'Joint Notice of Appeal', via first class mail, postage prepaid, upon the following counsel of record for the named plaintiffs:

John W. Spillane, Esquire
Spillane & Spillane, LLP
23 Institute Road
Worcester, MA  01609

Adrian A. Gaucher, Jr.

3