04-30113
USDC/MA
Ponsor, M.

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 04-2342

SHANKAR L. GARG, ET AL.,

Plaintiffs, Appellees,

v.

JOHN WILSON, ET AL.,

Defendants, Appellants.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

## JUDGMENT
Entered: April 22, 2005

The district court remanded the instant case on the ground of lack of federal jurisdiction. As such, this court lacks jurisdiction to review the order, whether erroneous or not. <u>Things Remembered, Inc</u>. v. <u>Petrarca</u>, 516 U.S. 124, 128 (1995); <u>Doughty</u> v. <u>Underwriters at Lloyd's, London</u>, 6 F.3d 856, 860 (1st Cir. 1993).

Nor do we believe that any policy of the automatic bankruptcy stay, 11 U.S.C. § 362, would be served by our declining to rule on a motion to dismiss an appeal clearly outside our jurisdiction. "[T]he automatic stay provision is designed to forfend against the disorderly, piecemeal dismemberment of the debtor's estate outside the bankruptcy." <u>Mann</u> v. <u>Chase Manhattan Mortg. Corp</u>., 316 F.3d 1, 3 (1st Cir. 2003). A dismissal of the instant appeal, which is not a decision on the merits of any bankruptcy claim, therefore, does not violate section 362(a).

<u>Dismissed for lack of appellate jurisdiction</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kato*
Deputy Clerk

Date: 5/13/05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: John W. Spillane, Esq., Adrian A. Gaucher, Esq., Ara Eresian]

Case 3:04-cv-30113-MAP    Document 11    Filed 05/17/2005    Page 2 of 2